# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHARLENE MORISSEAU,**<br><br>*Plaintiff,*<br><br>v.<br><br>**BOROUGH OF NORTH ARLINGTON,** et al.,<br><br>*Defendants.* | **Civil Action No. 16-837**<br><br>**ORDER** |

**THIS MATTER** having come before the Court on seven separate motions to dismiss pro se Plaintiff Charlene Morisseau's ("Plaintiff's") Amended Complaint, ECF No. 33, submitted by the following Defendants: (1) Ronald Rosensweig, Esq. and Amster & Rosensweig, ECF No. 57; (2) Jan Kwapniewski and Coccia Realty, ECF No. 58; (3) Judge Peter Doyne, Judge Susan Steele, Judge Joseph Rosa, and Jacqueline Shulman, ECF No. 59; (4) Arthur Hoffman, ECF No. 66; (5) Toni Byrne and Joseph Fontinha, ECF No. 70; (6) Maria Schmitt, ECF No. 71; and (7) Bergen County Sheriff's Office and Bergen County SWAT, ECF No. 77 ((1)-(7) collectively and, together with Borough of North Arlington, North Arlington Police Department, Unnamed Regional SWAT, Police Chief Louis Ghione, Douglas Bern, Sergeant Gary Edwards, Lynne Edwards, Gina Marshall, Colleen Doherty, Steven Lepore, Donna Lepore, Michael Grieco, Theresa Grieco, and Rubenstein, Meyerson, Fox, Mancinelli, Conte & Bern, the "Defendants");

and the Court having considered the papers submitted in support of and in opposition to the motions;

and for the reasons set forth in the accompanying Opinion;

**IT IS** on this 28th day of March, 2018,

**ORDERED** that all motions to dismiss are **GRANTED**; and it is further

**ORDERED** that as to each Count in the Amended Complaint, the Court rules as follows:

**(1)** Counts 2 through 9, 19 through 22, 24, 25, 27, and 28 are dismissed **WITH PREJUDICE** as to each Defendant;

**(2)** Counts 1, 12 through 18, 23, and 26 are dismissed **WITHOUT PREJUDICE** as to each Defendant;

**(3)** Count 10 is dismissed **WITHOUT PREJUDICE** as to each Defendant other than Steven Lepore; and

**(4)** Count 11 is dismissed **WITHOUT PREJUDICE** as to each Defendant other than Steven Lepore; and it is further

**ORDERED** that Plaintiff is now on notice of the deficiencies in the Complaint and may file an amended complaint that complies with Federal Rule of Civil Procedure 8(a) and is otherwise consistent with this Opinion no later than April 28, 2018; and it is further

**ORDERED** that Plaintiff's amended complaint must comply with Rule 8(a)'s requirement that the complaint be "a short and plain statement … showing that the pleader is entitled to relief" and therefore should not merely add allegations to the existing ones that have been deemed deficient; and it is further

**ORDERED** that failure to file an amended complaint, to comply with the Federal Rules of Civil Procedure, including Rule 8(a), or to comply with this Opinion will result in dismissal of this case with prejudice; and it is further

**ORDERED** that Plaintiff shall not make any additional filings or submissions in this matter without leave of the Court.

*s/ Madeline Cox Arleo*
**MADELINE COX ARLEO**
**UNITED STATES DISTRICT JUDGE**